# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1364
_____

FRANCINE PATRICIA RYAN, as
Personal Representative of the
Estate of Bettina Lorraine
McMahon,

     Appellant,

     v.

RUBIN LAW ASSOCIATES, P.A.
d/b/a Rubin & Rubin,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Thomas M. Beverly, Judge.

March 27, 2019

PER CURIAM.

     AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kansas R. Gooden, Boyd & Jenerette, P.A., Jacksonville, for Appellant.

John S. Mills and Courtney Brewer, The Mills Firm, P.A., Tallahassee, and S. Grier Wells, Gray Robinson, P.A., Jacksonville, for Appellee.